# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KRYSTAL B. SZALAJESKI

VERSUS

KENNETH J. SZALAJESKI

NO.  2019 CW 1055

**SEPTEMBER 4, 2019**

---

In Re:  Krystal Szalajeski, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201511329.

---

**BEFORE:  McDONALD, WELCH, THERIOT, CHUTZ, AND PENZATO, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court's June 26, 2019 judgment denying the relator's, Krystal B. Szalajeski's, request to proceed in forma pauperis is vacated and the matter is remanded with instructions that the district court make inquiry into all evidence pertinent to relator's financial situation, and allow the filing of a traversal, prior to issuing a ruling on her request to proceed in forma pauperis.  La. Code Civ. P. art. 5183.

**MRT**
**WRC**
**AHP**


**McDonald and Welch, JJ.**, dissent.


COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT